AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ABC IP, LLC, a Delaware Liimted Liability Company,
Rare Breed Trigger, Inc., a Texas Corporation and
RBTM, LLC, a Wyoming Limited Liability Company

*Plaintiff(s)*

v.

MGCC Enterprises LLC, a Virginia limited liability company, d/b/a Flip Ammo

*Defendant(s)*

Civil Action No. 2:26-cv-776

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MGCC Enterprises LLC, a Virginia limited liability company, d/b/a Flip Ammo
8384A Terminal Rd
Lorton, VA, 22079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ahmed J. Davis (Va. Bar No. 43982)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Email: adavis@fr.com
Tel: (202) 783-5070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*,

Date: 7/23/2026

*Signature of Clerk or Deputy Clerk*

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Ahmed J. Davis, Esq. (SBN 43982)<br>FISH & RICHARDSON PC<br>1000 Maine Ave Suite 1000<br>Washington, DC 20024<br>*Telephone No:* 202.783-5070<br>*Attorney For:* Plaintiffs, ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC | *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION | | |
| *Plaintiff:* ABC IP, LLC, a Delaware limited liability company, et al.<br>*Defendant:* RBTM LLC, a Wyoming limited liability company, et al. | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-00776-JKW-DEM |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT AND TRADEMARK INFRINGEMENT; NOTICE; CIVIL COVER SHEET

3. *a. Party served:* MGCC Enterprises LLC, a Virginia limited liability company, d/b/a Flip Ammo
   *b. Person served:* Amanda Linko, General Manager, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 8384a Terminal Road, Lorton, VA 22079

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 27 2026 (2) at: 11:47 AM

6. ***Person Who Served Papers:***
   a. Hannah Creekmore
   **b. FIRST LEGAL**
   110 West A Street #750
   SAN DIEGO, CA 92101
   c. (619) 231-9111
   **d. *The Fee*** *for Service was:* $979.30

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

7/29/2026 — *(Date)*

Hannah Creekmore — (Hannah Creekmore)